STATE OF CONNECTICUT *v.* WALTER PIEROG

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 107 (AC 11402), is denied.

*Stephen A. Cashman,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 27, 1994

NANCY P. SPICER, EXECUTRIX (ESTATE OF JOHN M. SPICER) *v.* WILLIAM C. SPICER III

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 152 (AC 12081), is denied.

*Andrew J. Brand,* in support of the petition.

*James G. Green, Jr.,* in opposition.

Decided January 27, 1994

STATE OF CONNECTICUT *v.* DONALD L. CHAPMAN

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 205 (AC 11692), is denied.

*Ira B. Grudberg* and *William M. Bloss,* in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided January 27, 1994